_____

No. 96-1167
_____

David F. Thompson,                        *
                                          *
        Plaintiff/Appellant,              *
                                          *
        v.                                *
                                          *
Ardrox CWC, Inc., an Illinois             *
incorporated subsidiary;                  *
Ardrox Corporation, a                     *
California corporation                    *
subsidiary,                               *
                                          *  Appeal from the United States
        Defendants/Appellees              *  District Court for the District
                                          *  of Minnesota.
Brent International, Inver,                *
UK (parent company); John L.              *          [UNPUBLISHED]
Berglund, Industry Manager;               *
Ronald C. Vaden, Vice                     *
President of Marketing;                   *
Rex Dwars, Area Sales Manager,            *
                                          *
        Defendants                        *
                                          *
John Doe; Mary Roe,                       *
                                          *
        Defendants/Appellees.             *

_____

Submitted:  July 25, 1996

Filed:  September 9, 1996
_____

Before BOWMAN, BEAM, LOKEN, Circuit Judges.
_____

PER CURIAM.


        In this diversity action, plaintiff seeks damages against defendants based upon breach of contract, promissory estoppel and defamation.  The district court granted summary judgment for the defendants.  Plaintiff appeals.  We affirm.

Plaintiff Thompson was employed by defendant Androx, Inc. (Androx) until he was terminated in June 1993. In December 1993, Thompson sued Androx in Minnesota state court seeking damages arising out of his termination. Following a hearing on Thompson's claims, final judgment was entered by the state court in favor of Androx and against Thompson. Thompson did not appeal.

Thompson then instituted this action. Androx asserts a defense based upon the doctrine of res judicata. Concluding that each element of res judicata was satisfied, the district court granted summary judgment and dismissed the action. We agree with this decision.

Seeing no precedential value in further discussion of the issues by this court, we affirm on the well reasoned opinion of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.